UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**IN RE:**
**J. H. INVESTMENT SERVICES, INC.**

**UNITED STATES OF AMERICA,**

    **Appellant,**

v.                                              Case No.  8:10-cv-1394-T-JSM

**STEVEN OSCHER, Chapter 11 Trustee,**

    **Trustee/Appellee.**
_____/

## ORDER

THIS CAUSE comes before the Court upon the United States' Motion for Stay (Dkt. 6), the Trustee's Response in Opposition of same (Dkt. 9), and the parties' Joint Motion to Extend Time to Set Briefing Schedule (Dkt. 17). On July 26, 2010, the Court held a hearing on these issues. Upon consideration of the motions and response, arguments of counsel at the July 26, 2010 hearing, and upon being otherwise advised of the premises, the Court concludes that the motions should be granted as set forth below.

The parties' joint motion to extend time to set a briefing schedule is granted in its entirety and the Court sets the following briefing schedule:

    **Appellant's brief - due on August 12, 2010**

    **Appellee's brief - due on August 26, 2010**

    **Appellant's reply - due on September 9, 2010.**

The United States' motion for stay is granted in part.  The Court stays the bankruptcy case and the order confirming the plan as of the date of this Order and the stay shall be pending until the Court issues a ruling on Appellant's brief or, until November 9, 2010 (sixty (60) days from the due date of Appellant's reply), whichever first occurs.  The stay shall be lifted if the Trustee prevails, without prejudice to the United States to file another motion for stay if it so chooses.

It is therefore ORDERED AND ADJUDGED that:

1. The parties' Joint Motion to Extend Time to Set Briefing Schedule (Dkt. 17) is hereby GRANTED.

2. The United States' Motion for Stay (Dkt. 6) is hereby GRANTED IN PART as set forth herein.

**DONE** and **ORDERED** in Tampa, Florida on July 26, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-1394.mtstayandextdeadlines.frm