# United States District Court
# for the Middle District of Florida

| | |
|---|---|
| In re: | |
| J.H. Investment Services, Inc. | Bankr. Case No. 8:07-bk-04394- |
| | Chapter 11 |
| United States of America, | |
| Appellant, | |
| v. | Case No. 8:10-CV-1394-JSM |
| Steven Oscher, Chapter 11 Trustee, | |
| Appellee. | |

## Third Stipulation to Stay Distributions Under Plan

Whereas—

    A. The Bankruptcy Court confirmed the Trustee's Chapter 11 plan for J.H. Investment Services, Inc. (the "Plan") by order (the "Confirmation Order") dated May 14, 2010;

    B. The United States timely appealed the Confirmation Order to the District Court;

    C. On July 26, 2010, the District Court stayed the Confirmation Order pending its ruling on the appeal;

    D. On October 8, 2010, the District Court issued a judgment affirming the Confirmation Order;

E. By stipulation filed on October 14, 2010, the Trustee agreed to refrain from making any distributions under the Plan through December 7, 2010;

F. By stipulation filed on November 23, 2010 the Trustee agreed to refrain from making any distributions under the Plan through January 8, 2011; and

G. On December 3, 2010, the United States filed a Notice of Appeal for purposes of appealing the District Court's judgment before the United States Court of Appeals for the Eleventh Circuit;

Now, therefore, the parties agree as follows—

1. The Trustee and his professionals shall refrain from making any distributions under the Plan through February 8, 2011; and

2. This stipulation is without prejudice to (a) the United States' right to seek a stay of the Confirmation Order from the District Court or the Court of Appeals for the Eleventh Circuit and (b) the Trustee's right to oppose any such request.

Dated: December 27, 2010

| /s/ Curtis J. Weidler | /s/ Lara Roeske Fernandez |
|---|---|
| Curtis J. Weidler | Lara Roeske Fernandez |
| Member of New York bar | Florida Bar no. 0088500 |
| Trial attorney, Tax Division | Trenam, Kemper, Scharf, Barkin, |
| U.S. Department of Justice | Frye, O'Neill, & Mulls, P.A. |
| P.O. Box 7238 | Suite 2700, Bank of America Plaza |
| Washington, D.C. 20044 | 101 East Kennedy Blvd. |
| Telephone: (202) 307-1436 | Tampa, Florida 33602 |
| Facsimile: (202) 514-6770 | Tel: (813) 227-7404 |
| Email: curtis.j.weidler@usdoj.gov | Fax: (813) 229-6553 |
| | Email: lferndandez@trenam.com |
| Attorney for United States of America, Appellant | Attorneys for Steve Oscher, Trustee, Appellee |

**So ordered:**

_/s/ James S. Moody, Jr._
James S. Moody, Jr.
United States District Judge

28 Dec. 2010